DANIEL J. BRODERICK, #89424
Federal Defender
FRANCINE ZEPEDA, Bar #091175
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorneys for Defendant
ALAN WOODS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>*Plaintiff,*<br>v.<br>ALAN WOODS,<br>*Defendant.* | NO. 1:94-cr-05047 LJO<br><br>STIPULATION TO MOVE STATUS CONFERENCE HEARING ON SUPERVISED RELEASE VIOLATION;<br>ORDER<br><br>Date: November 6, 2012<br>Time: 2:30 P.M.<br>Judge: Hon. Jennifer L. Thurston |

IT IS HEREBY STIPULATED by and between the parties hereto, through their respective counsel of record herein, that the Status Conference in the above captioned matter, now scheduled for status conference at 1:30 P.M. on October 31, 2012 before The Honorable Dennis L. Beck **may be moved to be heard in Bakersfield before The Honorable Jennifer L. Thurston on November 6, 2012 at 2:30 P.M.**

The hearing set for October 31, 2012 is an initial status conference hearing on a supervised release violation. This request to have the hearing moved is made by counsel for the defendant because defendant resides in the Bakersfield area and travel to Fresno for hearing is both a financial and personal hardship for defendant. Defendant Woods intends to admit the violations at the hearing before Judge Thurston.
The dispositional hearing in this matter will be set before the District Court Judge in Fresno, on December 3, 2012. Assistant U.S. Attorney Kevin P. Rooney is not opposed to this request. The

///

requested continuance will conserve time and resources for both counsel and the court. As this hearing is a status conference on a supervised release violation, no exclusion of time is necessary.

BENJAMIN B. WAGNER
United States Attorney

DATED: October 29, 2012

By /s/ Kevin P. Rooney
KEVIN P. ROONEY
Assistant United States Attorney
Attorney for Plaintiff

DANIEL J. BRODERICK
Federal Defender

DATED: October 29, 2012

By /s/ Francine Zepeda
FRANCINE ZEPEDA
Assistant Federal Defender
Attorney for Defendant
ALAN WOODS

**ORDER**

For good cause shown, the status conference hearing in the above-captioned matter is hereby moved to the U.S. Magistrate Court in Bakersfield, California, for hearing on November 6, 2012, at 2:30 P.M.

IT IS SO ORDERED.

**Dated:** **October 30, 2012**

/s/ **Dennis L. Beck**
UNITED STATES MAGISTRATE JUDGE